IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| The Guardian Life Insurance Company of America <br>     Plaintiff <br><br> vs. <br><br> Charmion R. Hooper et al., <br><br>     Defendant | CASE NUMBER:     CV214-171 |

CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that __The Guardian Life Insurance Company of America__ has deposited with the Court the sum of $ __199,610.08__ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __9th__ day of __December__, __2014__, by Order of this Court.

SCOTT L. POFF, CLERK

By: _____
Deputy Clerk

(Rev. 9/02)

CORRECTED

Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAV021501
Cashier ID: lherb
Transaction Date: 12/09/2014
Payer Name: The Guardian Life Insurance Co

TREASURY REGISTRY
 For: The Guardian Life Insurance Co
 Case/Party: D-GAS-2-14-CV-000171-001
 Amount:        $199,610.08

CHECK
 Check/Money Order Num: 0080090089
 Amt Tendered: $199,610.08

Total Due:      $199,610.08
Total Tendered: $199,610.08
Change Amt:     $0.00